**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LEON PRIEST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORPORATION LIMITED, *et al.*, <br><br> Defendants. | Civil Action No.: 14-2697 <br><br> **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Defendant Asbestos Corporation Limited's ("Defendant") motion to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction [ECF No. 32]. Plaintiffs filed no opposition to Defendant's motion. On December 11, 2014, Magistrate Judge James B. Clark III issued a Report and Recommendation that Defendant's motion be granted [ECF No. 92]. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

IT IS on this __29__ day of __January_____, 2015

**ORDERED** that this Court adopts Judge Clark's December 11, 2014 Report and Recommendation that Defendant's motion be granted.

**IT IS SO ORDERED.**

_____
**HON. CLAIRE C. CECCHI**
**United States District Judge**